Commonwealth *v.* Wentzel, Appellant.

Submitted September 15, 1972. *Theodore S. Danforth,* Public Defender, for appellant; *George T. Brubaker,* Assistant District Attorney, and *Henry J. Rutherford,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Williams, Appellant.

Submitted September 14, 1972. *Eugene H. Clarke, Jr.,* for appellant; *Norris Gelman* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.